DUNN & CLARK, P.A.
Robin D. Dunn, Esq., ISB #2903
Penny North Shaul, Esq., ISB #4993
P.O. Box 277
Rigby, Idaho  83442
(208) 745-9202 (t)
(208) 745-8160 (f)
dunnclark@aol.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCOTT TALLMAN and<br>CONTRACTORS WAREHOUSE, LLC<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>BRAD KENDRICK,<br><br>　　　　　　Defendant. | Case No. CV-06-076-E-BLW<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal filed concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be DISMISSED with Prejudice.

DATED: **April 24, 2006**

_B. Lynn Winmill_
B. LYNN WINMILL
Chief Judge
United States District Court

JUDGMENT                    1